IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.
05 JUN 15 PM 4: 18

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

UNITED STATES OF AMERICA,

VS.                                   NO. 92-20338-Ma

BRANDON WILLIAMS,

    Defendant.

---

ORDER RESETTING HEARING ON SUPERVISED RELEASE VIOLATION

---

Before the court is the June 3, 2005, motion to reset the hearing on defendant Brandon Williams' supervised release violation which was set on June 21, 2005. For good cause shown, the motion is granted. The hearing on supervised release violation of defendant Brandon Williams is **RESET** to **Tuesday, September 27, 2005, at 9:00 a.m.**

It is so ORDERED this 15th day of June, 2005.

                                    _____
                                    SAMUEL H. MAYS, JR.
                                    UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 6-16-05

69

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 69 in case 2:92-CR-20338 was distributed by fax, mail, or direct printing on June 16, 2005 to the parties listed.

---

K. Jayaraman
LAW OFFICES OF K. JAYARAMAN
147 Jefferson Avenue
Ste. 804
Memphis, TN 38103

Christopher E. Cotten
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT