AO 245 S (Rev. 4/90)(W.D. TN rev.) Judgment in a Criminal Case

Page 1 of 1

Case 2:92-cr-20338-SHM   Document 74   Filed 10/03/05   Page 1 of 2   PageID 23

# United States District Court

Western District of Tennessee

FILED BY _____ D.C.

05 OCT -3 PM 3: 45

THOMAS M GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA

v.

Case Number   2:92CR20338-01-Ma

**BRANDON WILLIAMS**

## JUDGMENT AND COMMITMENT ORDER
## ON REVOCATION OF SUPERVISED RELEASE
(For Offenses Committed On or After November 1, 1987)

The defendant, **Brandon Williams**, was represented by Mr. K. Jayaraman.

It appearing that the defendant, who was sentenced by the Hon. Odell Horton, on July 28, 1993, and placed on supervised release for a period of five (5) years, has violated the terms of his supervision, it is hereby **ORDERED** and **ADJUDGED** that defendant's supervised release be revoked and that defendant be committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of fifty-one (51) months.

The defendant is remanded to the custody of the United States Marshal.

Signed this **3d** day of October, 2005.

**SAMUEL H. MAYS, JR.**
United States District Judge

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 74 in case 2:92-CR-20338 was distributed by fax, mail, or direct printing on October 7, 2005 to the parties listed.

---

K. Jayaraman
LAW OFFICES OF K. JAYARAMAN
147 Jefferson Avenue
Ste. 804
Memphis, TN 38103

Christopher E. Cotten
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT